# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO VAZQUEZ and ADELICIA VAZQUEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>TYLER CARNEGHI, MICHELLE CARNEGHI, NATHAN HASKINS, CLINTON PERALES, BRIAN WILLIS, ISAIAS MORALES, COUNTY OF RIVERSIDE, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 5:21-01736-JWH-SHKx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiffs' *Ex Parte* Application to Dismiss Case [ECF No. 149]" filed substantially contemporaneously herewith, and in accordance with Rules 41(a)(2) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.
2. Fictitiously named Defendants Does 1-100 are **DISMISSED**.
3. Defendant Clinton Perales was **DISMISSED** on or about January 6, 2022.
4. Defendants County of Riverside and Nathan Haskins were **DISMISSED** on or about January 31, 2024.
5. Defendants Tyler Carneghi, Michelle Carneghi, and Isais Morales are **DISMISSED with prejudice**.
6. Defendant Brian Willis is **DISMISSED without prejudice**.
7. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 31, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE